DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Michael E. Blaine, Esq. (ID #018132006)
Attorneys for Creditor, Bayview Loan Servicing, LLC

**Order Filed on July 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    WILLIAM WARREN
    AND KATRINA WARREN

              Debtor.

Case No.:   17-17053-ABA

Chapter: 13

Hon. Judge Andrew B. Altenburg, Jr.

# ORDER RESOLVING OBJECTION TO CONFIRMATION

**The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.**

**DATED: July 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Michael E. Blaine, Esq. (ID #018132006)
Attorneys for Creditor, Bayview Loan Servicing, LLC

In Re:

WILLIAM WARREN
AND KATRINA WARREN

Debtor.

Case No.: 17-17053-ABA

Chapter: 13

Hon. Judge Andrew B. Altenburg, Jr.

## CONSENT ORDER RESOLVING
## OBJECTION TO CONFIRMATION

WHEREAS, Bayview Loan Servicing, LLC (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1.  The debtors shall continue to make their monthly post-petition mortgage payments directly to the creditor and outside the Chapter 13 Plan.

2.  The debtors shall pursue loss mitigation with the Creditor. In the event debtors are unable to enter a loan modification with the Creditor by December 1, 2017, or unless extended by the Court, then the debtor shall file an Amended Plan to cure pre-petition arrears through the Chapter 13 Plan within thirty (30) days.

_/s/ Michael E. Blaine_
Michael E. Blaine, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery St, Suite 1205
Jersey City, New Jersey 07302

Dated: July 13, 2017

_/s/ William Clunn_
William Clunn, Esq.
Attorney for Debtors
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360

Dated: July 13, 2017