DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Michael E. Blaine, Esq. (ID #018132006)
Attorneys for Creditor, Bayview Loan Servicing, LLC

In Re:

    WILLIAM WARREN
    AND KATRINA WARREN

              Debtor.

Order Filed on July 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   17-17053-ABA

Chapter: 13

Hon. Judge Andrew B. Altenburg, Jr.

## ORDER RESOLVING OBJECTION TO CONFIRMATION

**The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.**

**DATED: July 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Michael E. Blaine, Esq. (ID #018132006)
Attorneys for Creditor, Bayview Loan Servicing, LLC

In Re:

WILLIAM WARREN
AND KATRINA WARREN

Debtor.

Case No.: 17-17053-ABA

Chapter: 13

Hon. Judge Andrew B. Altenburg, Jr.

## CONSENT ORDER RESOLVING
## OBJECTION TO CONFIRMATION

WHEREAS, Bayview Loan Servicing, LLC (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1. The debtors shall continue to make their monthly post-petition mortgage payments directly to the creditor and outside the Chapter 13 Plan.

2. The debtors shall pursue loss mitigation with the Creditor. In the event debtors are unable to enter a loan modification with the Creditor by December 1, 2017, or unless extended by the Court, then the debtor shall file an Amended Plan to cure pre-petition arrears through the Chapter 13 Plan within thirty (30) days.

_____
Michael E. Blaine, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery St, Suite 1205
Jersey City, New Jersey 07302

Dated: July 13, 2017

_____
William Clunn, Esq.
Attorney for Debtors
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360

Dated: July 13, 2017

United States Bankruptcy Court
District of New Jersey

In re:  
William Warren  
Katrina Warren  
    Debtors

Case No. 17-17053-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 14, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.  
db/jdb        +William Warren,    Katrina Warren,    40 Dennisville Petersburg Rd,    Woodbine, NJ 08270-3100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2017 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Michael E. Blaine    on behalf of Creditor    Bayview Loan Servicing, LLC mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com  
          Seymour Wasserstrum    on behalf of Joint Debtor Katrina Warren mylawyer7@aol.com, ecf@seymourlaw.net  
          Seymour Wasserstrum    on behalf of Debtor William Warren mylawyer7@aol.com, ecf@seymourlaw.net  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 6