| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Richard J. Tracy, Esq. (ID #079152013)<br>Schiller, Knapp, Lefkowitz & Hertzel LLP<br>A LLP Formed in the State of New York<br>30 montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>518-786-9069<br>Attorneys for Creditor, Bayview Loan Servicing, LLC | |
| In Re:<br><br>WILLIAM WARREN<br>AND KATRINA WARREN | Case No.: 17-17053-ABA<br><br>Adv. No.: _____<br><br>Chapter: 13<br><br>Hearing Date: 10/31/2017<br><br>Judge: ABA |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Richard J. Tracy_____,

    ☒  am the attorney for: _____Bayview Loan Servicing, LLC_____

    ☐  am self-represented

    Phone number: _____518-786-9069_____

    Email address: _____tshariff@schillerknapp.com_____

2. I request an adjournment of the following hearing:

    Matter: _____Motion for Relief from Stay_____

    Current hearing date and time: _____10/31/2017 10am_____

    New date requested: _____11/21/2017_____

    Reason for adjournment request: Creditor needs additional time to review opposition and review terms of new Loan Modification

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 10/26/2017_____                    /s/ Richard J. Tracy_____
                                                  Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: Nov. 21, 2017 at 10:00 am   ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2