| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Richard J. Tracy, Esq. (ID. #079152013)<br>SCHILLER, KNAPP,<br>LEFKOWITZ & HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, Bayview Loan Servicing, LLC | **Order Filed on November 15, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>WILLIAM WARREN AND<br>KATRINA WARREN,<br><br><br><br>Debtors. | Case No.:   17-17053-ABA<br><br>Judge:   Hon. Andrew B. Altenburg, Jr.<br><br>Chapter:   13 |

### CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 15, 2017**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Richard J. Tracy, Esq. (ID. #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

In Re:

WILLIAM WARREN AND
KATRINA WARREN,

Debtors.

Case No.: 17-17053-ABA

Judge: Hon. Andrew B. Altenburg, Jr.

Chapter: 13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

WHEREAS, Bayview Loan Servicing, LLC (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor shall obtain a loan modification by June 1, 2018.

2. In the event debtor fails to obtain a loan modification by June 1, 2018, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtor and counsel for debtor. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor have filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

3. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay.

_____
Richard J. Tracy, Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: __11/14/__, 2017

_____
Seymour Wasserstrum, Esq.
Attorney for Debtors
Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, New Jersey 08360

Date: _Nov 14_, 2017