UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, NJ 08360
P: 856-696-8300
F: 856-696-3586
mylawyer7@aol.com

**Order Filed on February 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

William and Katrina Warren

Case No.: _____17-17053_____

Chapter: _____13_____

Judge: _____ABA_____

## ORDER AUTHORIZING RETENTION OF

_____Kenneth D Mackler, ESQ_____

The relief set forth on the following page is **ORDERED**.

**DATED: February 15, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____

as _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: _____

   _____

   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
William Warren  
Katrina Warren  
    Debtors

Case No. 17-17053-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Feb 15, 2018  
                       Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.  
db/jdb        +William Warren,   Katrina Warren,   40 Dennisville Petersburg Rd,   Woodbine, NJ 08270-3100  
aty           +Kenneth D. Mackler,   1030 Atlantic Avenue,   Atlantic City, NJ 08401-7427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Michael E. Blaine    on behalf of Creditor    Bayview Loan Servicing, LLC mblaine@schillerknapp.com,  
          tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com  
         Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC  
          rtracy@schillerknapp.com,   tshariff@schillerknapp.com;kcollins@schillerknapp.com  
         Seymour   Wasserstrum    on behalf of Joint Debtor Katrina   Warren mylawyer7@aol.com,  
          ecf@seymourlaw.net  
         Seymour   Wasserstrum    on behalf of Debtor William   Warren mylawyer7@aol.com,   ecf@seymourlaw.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                               TOTAL: 7