Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–17053–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Warren
40 Dennisville Petersburg Rd
Woodbine, NJ 08270

Katrina Warren
40 Dennisville Petersburg Rd
Woodbine, NJ 08270

Social Security No.:
xxx–xx–2761

xxx–xx–1477

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 1, 2017.

On 7/13/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:          August 22, 2018
Time:          10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 17, 2018
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-17053-ABA
William Warren                                                          Chapter 13
Katrina Warren
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 3                  Date Rcvd: Jul 17, 2018
                              Form ID: 185               Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db/jdb         +William Warren,    Katrina Warren,    40 Dennisville Petersburg Rd,    Woodbine, NJ 08270-3100
aty            +Kenneth D. Mackler,    1030 Atlantic Avenue,    Atlantic City, NJ 08401-7427
516753759      +Amanda Cedeno,    107 Vermont Ave,    Egg Harbor Township, NJ 08234-7209
516753763      +Atlantic County Probabtion,    PO Box 5129,    Atlantic City, NJ 08404-5129
516753768      +CBNA,    PO Box 6189,    Sioux Falls, SD 57117-6189
516753769      +CBNA/best buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516753770      +CITI,    PO Box 6241,    Sioux Falls, SD 57117-6241
516880549       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
516773842      +Cape Regional Medical Center,    and Shore Memorial Center,    Collections and Recoveries,
                 PO Box 35,    Northfield, NJ 08225-0035
516753772      +Collection And Recoveries,    201 Tilton Rd,    Northfield, NJ 08225-1247
516753778       IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516753783      +Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
516753784       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516753789     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516897567      +Santander Consumer USA Inc,    PO Box 961245,    Fort Worth, TX 76161-0244
516897163      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516753786      +Schiller, Knapp, Lefkowitz & Hertzel LLP,    950 New Loudon Rd, Suite 109,
                 Latham, NY 12110-2182
516753787      +Sears,    PO box 6286,    Sioux Falls, SD 57117-6286
516753788      +Selip & Stylianou LLP,    10 Forest Avenue,    Paramus, NJ 07652-5238
516753791     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Financial Services,    4 Gatehall Drive - Suite 350,
                 Parsippany, NJ 7054)
517167940       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516829813      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2018 23:17:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2018 23:17:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516753758      +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2018 23:16:11      Ally Financial,
                 PO Box 380902,    Bloomington, MN 55438-0902
516753760       E-mail/Text: legal@arsnational.com Jul 17 2018 23:16:45      Ars,    P.O. Box 469046,
                 Escondido, CA 92046-9046
516753761       E-mail/Text: legal@arsnational.com Jul 17 2018 23:16:45      Ars National Services Inc,
                 P.O. Box 469100,    Escondido, CA 92046-9100
516753762       E-mail/Text: bankruptcy@pepcoholdings.com Jul 17 2018 23:16:42
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516753764      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 17 2018 23:17:40
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
516996694      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 17 2018 23:17:40
                 Bayview Loan Servicing, LLC,    c/o Schiller Knapp Lefkowitz Hertzel, LL,
                 4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1837
516753766       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:14:57      Capital One Bank Usa,
                 15000 Capital One Dr,    Henrico, VA 23238
516753765      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:14:27      Capital One,
                 PO Box 30281,    Salt Lake, UT 84130-0281
516753773      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2018 23:16:59
                 Comenity Capital Bank/ Zales,    PO Box 182120,    Columbus, OH 43218-2120
516753774      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2018 23:16:59      Comenity Capital/gmstop,
                 PO Box 182120,    Columbus, OH 43218-2120
516753776      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2018 23:14:32      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
516753779      +E-mail/Text: cio.bncmail@irs.gov Jul 17 2018 23:16:36      IRS,    1601 Market St,
                 Philadelphia, PA 19103-2301
516896168       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2018 23:15:05      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516908243       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2018 23:15:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516753781      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:15:24      Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005

```
District/off: 0312-1                  User: admin                    Page 2 of 3                   Date Rcvd: Jul 17, 2018
                                      Form ID: 185                   Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516960235      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2018 23:17:08      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
516753782       E-mail/Text: bkr@cardworks.com Jul 17 2018 23:16:03      Merrick Bank,    PO BOx 9201,
                 Old Bethpage, NY 11804-9001
516991519       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 23:14:30
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
516995207       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 23:15:00
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516995261       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 23:15:33
                 Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,   Norfolk VA 23541
516780777       E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2018 23:17:04
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
516879940       E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2018 23:17:04
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
516753790      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:21      Syncb/Toysrusdc,    Po Box 965005,
                 Orlando, FL 32896-5005
516755250      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:21      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516989229      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:21      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516876221      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2018 23:29:02      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516753792      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2018 23:16:09
                 Verizon Wireless,    PO Box 49,   Lakeland, FL 33802-0049
                                                                                               TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516753767*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank Usa,     15000 Capital One Dr,    Henrico, VA 23238)
516753771*      +CITI,   PO Box 6241,    Sioux Falls, SD 57117-6241
516753775*      +Comenity Capital/gmstop,    PO Box 182120,    Columbus, OH 43218-2120
516753776       IRS,    PO Box 744,   Springfield, NJ 07081-0744
516753780*      +Irs,   P.O. Box 7346,    Philadelphia, PA 19101-7346
516753785      ##+Santander Consumer USA,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                               TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Michael E. Blaine    on behalf of Creditor    Bayview Loan Servicing, LLC
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
               napp.com;sbatcher@schillerknapp.com
```

```
District/off: 0312-1           User: admin              Page 3 of 3               Date Rcvd: Jul 17, 2018
                               Form ID: 185             Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

        Seymour Wasserstrum    on behalf of Joint Debtor Katrina   Warren mylawyer7@aol.com, ecf@seymourlaw.net

        Seymour Wasserstrum    on behalf of Debtor William   Warren mylawyer7@aol.com,  ecf@seymourlaw.net

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 8