**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| | | | | | |
|---|---|---|---|---|---|
| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                                 Case No.:  _____17-17053_____

William and Katrina Warren                                Judge:  _____ABA_____

                        Debtor(s)

## Chapter 13 Plan and Motions

☐ Original         ☒ Modified/Notice Required         Date:  _____7/13/2018_____

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __/s/SW__         Initial Debtor: __/s/WW__         Initial Co-Debtor: __/s/KW__

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____170.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____August 1, 2018_____ for approximately _____45_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

  ☒   Future earnings

  ☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

  ☐ Sale of real property
  Description:
  Proposed date for completion: _____

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection** ☒ **NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,960.00+1200.00 |
| DOMESTIC SUPPORT OBLIGATION | Child Support | notice only |
| Internal Revenue Service | taxes | notice only |
| State of New Jersey | taxes | notice only |
| Bayview Loan Servicing | Administrative | $531.00 |

    b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:    Secured Claims**

a.  **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

b.  **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

c.  **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Bayview Loan Servicing- arrears cured via a lona modificaiton. Payments are to be maintained outside of the Plan.

Santander-2016 Honda CRV

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

### Part 5:  Unsecured Claims ☒ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____0.00_____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:  Executory Contracts and Unexpired Leases ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).    ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☒ NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☒ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____July 13, 2018_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list the debt with Bayview Loan Servicing as unaffected by the Plan since the arrears were cured via a loan modification. | To list the debt with Bayview Loan Servicing as unaffected by the Plan since the arrears were cured via a loan modification. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 7/13/2018                         /s/Seymour Wasserstrum
                                        Attorney for the Debtor

Date: 7/13/2018                         /s/ William Warren
                                        Debtor

Date: 7/13/2018                         /s/ Katrina Warren
                                        Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 7/13/2018 /s/Seymour Wasserstrum
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 7/13/2018 /s/ William Warren
Debtor

Date: 7/13/2018 /s/ Katrina Warren
Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:
William Warren
Katrina Warren
　　　Debtors

Case No. 17-17053-ABA
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 | Date Rcvd: Jul 17, 2018 |
| | Form ID: pdf901 | Total Noticed: 51 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.

```
db/jdb         +William Warren,    Katrina Warren,    40 Dennisville Petersburg Rd,    Woodbine, NJ 08270-3100
aty            +Kenneth D. Mackler,    1030 Atlantic Avenue,    Atlantic City, NJ 08401-7427
516753759      +Amanda Cedeno,    107 Vermont Ave,    Egg Harbor Township, NJ 08234-7209
516753763      +Atlantic County Probabtion,    PO Box 5129,    Atlantic City, NJ 08404-5129
516753768      +CBNA,    PO Box 6189,    Sioux Falls, SD 57117-6189
516753769      +CBNA/best buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516753770      +CITI,    PO Box 6241,    Sioux Falls, SD 57117-6241
516880549       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
516773842      +Cape Regional Medical Center,    and Shore Memorial Center,    Collections and Recoveries,
                 PO Box 35,    Northfield, NJ 08225-0035
516753772      +Collection And Recoveries,    201 Tilton Rd,    Northfield, NJ 08225-1247
516753778       IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516753783      +Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
516753784       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516753789     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,     P.O. Box 245,
                  Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516897567      +Santander Consumer USA Inc,    PO Box 961245,    Fort Worth, TX 76161-0244
516897163      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516753786      +Schiller, Knapp, Lefkowitz & Hertzel LLP,    950 New Loudon Rd, Suite 109,
                 Latham, NY 12110-2182
516753787      +Sears,    PO box 6286,    Sioux Falls, SD 57117-6286
516753788      +Selip & Stylianou LLP,    10 Forest Avenue,    Paramus, NJ 07652-5238
516753791     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,     4 Gatehall Drive - Suite 350,
                  Parsippany, NJ 7054)
517167940       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516829813      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2018 23:17:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2018 23:17:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516753758      +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2018 23:16:11      Ally Financial,
                 PO Box 380902,    Bloomington, MN 55438-0902
516753760       E-mail/Text: legal@arsnational.com Jul 17 2018 23:16:45      Ars,    P.O. Box 469046,
                 Escondido, CA 92046-9046
516753761       E-mail/Text: legal@arsnational.com Jul 17 2018 23:16:45      Ars National Services Inc,
                 P.O. Box 469100,    Escondido, CA 92046-9100
516753762       E-mail/Text: bankruptcy@pepcoholdings.com Jul 17 2018 23:16:41
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516753764      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 17 2018 23:17:40
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
516996694      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 17 2018 23:17:40
                 Bayview Loan Servicing, LLC,    c/o Schiller Knapp Lefkowitz Hertzel, LL,
                 4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1837
516753766       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:14:53      Capital One Bank Usa,
                 15000 Capital One Dr,    Henrico, VA 23238
516753765      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 23:15:25      Capital One,
                 PO Box 30281,    Salt Lake, UT 84130-0281
516753773      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2018 23:16:48
                 Comenity Capital Bank/ Zales,    PO Box 182120,    Columbus, OH 43218-2120
516753774      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2018 23:16:48      Comenity Capital/gmstop,
                 PO Box 182120,    Columbus, OH 43218-2120
516753776      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2018 23:29:02      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
516753779      +E-mail/Text: cio.bncmail@irs.gov Jul 17 2018 23:16:28      IRS,    1601 Market St,
                 Philadelphia, PA 19103-2301
516896168       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2018 23:15:04      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516908243       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2018 23:15:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516753781      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:47      Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-1          User: admin              Page 2 of 3                    Date Rcvd: Jul 17, 2018
                              Form ID: pdf901          Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516960235      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2018 23:17:08      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
516753782       E-mail/Text: bkr@cardworks.com Jul 17 2018 23:16:03      Merrick Bank,   PO BOx 9201,
                 Old Bethpage, NY 11804-9001
516991519       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 23:14:29
                 Portfolio Recovery Associates, LLC,   c/o Best Buy Credit Card,   POB 41067,
                 Norfolk VA 23541
516995207       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 23:14:59
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
516995261       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2018 23:15:31
                 Portfolio Recovery Associates, LLC,   c/o Sears Card,   POB 41067,   Norfolk VA 23541
516780777       E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2018 23:17:01
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
516879940       E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2018 23:17:01
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
516753790      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:55      Syncb/Toysrusdc,   Po Box 965005,
                 Orlando, FL 32896-5005
516755250      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:54      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516989229      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:55      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
516876221      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2018 23:29:38       Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516753792      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 17 2018 23:16:04
                 Verizon Wireless,   PO Box 49,   Lakeland, FL 33802-0049
                                                                                              TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516753767*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa,    15000 Capital One Dr,   Henrico, VA 23238)
516753771*     +CITI,   PO Box 6241,   Sioux Falls, SD 57117-6241
516753775*     +Comenity Capital/gmstop,   PO Box 182120,   Columbus, OH 43218-2120
516753776*      IRS,   PO Box 744,   Springfield, NJ 07081-0744
516753780*     +Irs,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516753785     ##+Santander Consumer USA,   8585 N Stemmons Fwy Ste 1100-N,   Dallas, TX 75247-3822
                                                                                 TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Michael E. Blaine    on behalf of Creditor   Bayview Loan Servicing, LLC
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
               napp.com;sbatcher@schillerknapp.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3             Date Rcvd: Jul 17, 2018
                              Form ID: pdf901          Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC
         rtracy@schillerknapp.com,
         tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

        Seymour    Wasserstrum    on behalf of Joint Debtor Katrina    Warren mylawyer7@aol.com,
         ecf@seymourlaw.net

        Seymour    Wasserstrum    on behalf of Debtor William    Warren mylawyer7@aol.com,    ecf@seymourlaw.net

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                           TOTAL: 7