Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−17053−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William Warren
40 Dennisville Petersburg Rd
Woodbine, NJ 08270

Katrina Warren
40 Dennisville Petersburg Rd
Woodbine, NJ 08270

Social Security No.:
    xxx−xx−2761                                xxx−xx−1477

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       11/29/18
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Seymour Wasserstrum, attorney, period: 10/20/2017 to 10/23/2018

COMMISSION OR FEES
FEES: $ 1200.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 24, 2018
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-17053-ABA
William Warren                                                                          Chapter 13
Katrina Warren
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                  Page 1 of 3                  Date Rcvd: Oct 24, 2018
                              Form ID: 137                 Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
```
db/jdb         +William Warren,    Katrina Warren,    40 Dennisville Petersburg Rd,    Woodbine, NJ 08270-3100
aty            +Kenneth D. Mackler,    1030 Atlantic Avenue,    Atlantic City, NJ 08401-7427
516753759      +Amanda Cedeno,    107 Vermont Ave,    Egg Harbor Township, NJ 08234-7209
516753763      +Atlantic County Probabtion,    PO Box 5129,    Atlantic City, NJ 08404-5129
516753768      +CBNA,    PO Box 6189,    Sioux Falls, SD 57117-6189
516753769      +CBNA/best buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516753770      +CITI,    PO Box 6241,    Sioux Falls, SD 57117-6241
516880549       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
516773842      +Cape Regional Medical Center,    and Shore Memorial Center,    Collections and Recoveries,
                 PO Box 35,    Northfield, NJ 08225-0035
516753772      +Collection And Recoveries,    201 Tilton Rd,    Northfield, NJ 08225-1247
516753783      +Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
516753784       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516753789     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516897567      +Santander Consumer USA Inc,    PO Box 961245,    Fort Worth, TX 76161-0244
516897163      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516753786      +Schiller, Knapp, Lefkowitz & Hertzel LLP,    950 New Loudon Rd, Suite 109,
                 Latham, NY 12110-2182
516753787      +Sears,    PO box 6286,    Sioux Falls, SD 57117-6286
516753788      +Selip & Stylianou LLP,    10 Forest Avenue,    Paramus, NJ 07652-5238
516753791     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Financial Services,    4 Gatehall Drive - Suite 350,
                 Parsippany, NJ 7054)
517167940       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516829813      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 00:26:02     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 00:26:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516753758      +E-mail/Text: ally@ebn.phinsolutions.com Oct 25 2018 00:25:07     Ally Financial,
                 PO Box 380902,    Bloomington, MN 55438-0902
516753760       E-mail/Text: legal@arsnational.com Oct 25 2018 00:25:39     Ars,    P.O. Box 469046,
                 Escondido, CA 92046-9046
516753761       E-mail/Text: legal@arsnational.com Oct 25 2018 00:25:39     Ars National Services Inc,
                 P.O. Box 469100,    Escondido, CA 92046-9100
516753762       E-mail/Text: bankruptcy@pepcoholdings.com Oct 25 2018 00:25:34
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516753764      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 25 2018 00:26:32
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
516996694      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 25 2018 00:26:32
                 Bayview Loan Servicing, LLC,    c/o Schiller Knapp Lefkowitz Hertzel, LL,
                 4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1837
516753766       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 00:31:45     Capital One Bank Usa,
                 15000 Capital One Dr,    Henrico, VA 23238
516753765      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 00:30:52     Capital One,
                 PO Box 30281,    Salt Lake, UT 84130-0281
516753773      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2018 00:25:44
                 Comenity Capital Bank/ Zales,    PO Box 182120,    Columbus, OH 43218-2120
516753774      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2018 00:25:44     Comenity Capital/gmstop,
                 PO Box 182120,    Columbus, OH 43218-2120
516753776      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 25 2018 00:30:53     Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
516753779      +E-mail/Text: cio.bncmail@irs.gov Oct 25 2018 00:25:26     IRS,    1601 Market St,
                 Philadelphia, PA 19103-2301
516896168       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2018 00:31:22     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516908243       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2018 00:30:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516753781      +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 08:43:37     Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-1            User: admin              Page 2 of 3              Date Rcvd: Oct 24, 2018
                                Form ID: 137             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516960235       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2018 00:25:59     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516753782        E-mail/Text: bkr@cardworks.com Oct 25 2018 00:24:57     Merrick Bank,    PO BOx 9201,
                 Old Bethpage, NY 11804-9001
516991519        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 00:31:15
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
516995207        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 00:31:18
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516995261        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 00:42:47
                 Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,   Norfolk VA 23541
516780777        E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2018 00:25:52
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
516879940        E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2018 00:25:53
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
516753790       +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 02:08:50     Syncb/Toysrusdc,    Po Box 965005,
                 Orlando, FL 32896-5005
516755250       +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 08:43:37     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516989229       +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 02:08:53     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516876221       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2018 00:30:58     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516753792       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 25 2018 00:25:01
                 Verizon Wireless,    PO Box 49,   Lakeland, FL 33802-0049
                                                                                             TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516753767*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa,     15000 Capital One Dr,   Henrico, VA 23238)
516753771*      +CITI,    PO Box 6241,   Sioux Falls, SD 57117-6241
516753775*      +Comenity Capital/gmstop,    PO Box 182120,    Columbus, OH 43218-2120
516753777*       IRS,    PO Box 744,   Springfield, NJ 07081-0744
516753778*       IRS,    PO Box 725,   Special Procedures Function,    Springfield, NJ 7081
516753780*      +Irs,   P.O. Box 7346,    Philadelphia, PA 19101-7346
516753785     ##+Santander Consumer USA,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
                                                                                              TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

```
District/off: 0312-1          User: admin              Page 3 of 3                Date Rcvd: Oct 24, 2018
                              Form ID: 137             Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael E. Blaine    on behalf of Creditor    Bayview Loan Servicing, LLC
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
          Richard James Tracy, III    on behalf of Creditor    Bayview Loan Servicing, LLC
           rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
          Seymour    Wasserstrum    on behalf of Joint Debtor Katrina    Warren mylawyer7@aol.com,
           ecf@seymourlaw.net
          Seymour    Wasserstrum    on behalf of Debtor William    Warren mylawyer7@aol.com,    ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 8