Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17–17053–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Warren | Katrina Warren |
| 40 Dennisville Petersburg Rd | 40 Dennisville Petersburg Rd |
| Woodbine, NJ 08270 | Woodbine, NJ 08270 |

Social Security No.:
  xxx–xx–2761                            xxx–xx–1477

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                       March 20, 2020
Time:                        09:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**66** – Certification in Opposition to (related document:65 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/18/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Seymour Wasserstrum on behalf of Katrina Warren, William Warren. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: February 19, 2020
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                    Case No. 17-17053-ABA
William Warren                                            Chapter 13
Katrina Warren
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin           Page 1 of 1            Date Rcvd: Feb 19, 2020
                              Form ID: 173          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db/jdb       +William Warren,   Katrina Warren,   40 Dennisville Petersburg Rd,   Woodbine, NJ 08270-3100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joseph Gunnar Devine, Jr   on behalf of Creditor   Bayview Loan Servicing, LLC
           jdevine@schillerknapp.com,  kcollins@schillerknapp.com;lgadomski@schillerknapp.com
          Michael E. Blaine   on behalf of Creditor   Bayview Loan Servicing, LLC
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
           p.com
          Richard James Tracy, III   on behalf of Creditor   Bayview Loan Servicing, LLC
           rtracy@hillwallack.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Seymour  Wasserstrum   on behalf of Joint Debtor Katrina  Warren mylawyer7@aol.com,
           ecf@seymourlaw.net
          Seymour  Wasserstrum   on behalf of Debtor William  Warren mylawyer7@aol.com,  ecf@seymourlaw.net
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 9