Case 17-17053-ABA    Doc 70-2    Filed 03/19/20    Entered 03/30/20 10:27:28    Desc Imaged
Proposed Order    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

| | |
|---|---|
| Order Filed on March 27, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey | |

Case No.:     17-17053

Chapter:     13

In Re:

    William Warren and Katrina Warren

Hearing Date:  N/A

Judge:     ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 27, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 17-17053-ABA   Doc 70   Filed 05/29/19   Entered 03/30/23 10:27:28   Desc Imaged
Proposed Order    Page 2 of 3

(Page 2)

Debtor(s): William Warren and Katrina Warren

Case No.: 17-17053/ABA

Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:**

☒      through the Chapter 13 plan as an administrative priority.

☐      outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-17053-ABA
William Warren                                                      Chapter 13
Katrina Warren
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Mar 27, 2020
                              Form ID: pdf903      Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db/jdb        +William Warren,   Katrina Warren,   40 Dennisville Petersburg Rd,   Woodbine, NJ 08270-3100
aty           +Kenneth D. Mackler,   1030 Atlantic Avenue,   Atlantic City, NJ 08401-7427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph Gunnar Devine, Jr   on behalf of Creditor   Bayview Loan Servicing, LLC
           jdevine@schillerknapp.com,   kcollins@schillerknapp.com;lgadomski@schillerknapp.com
          Michael E. Blaine   on behalf of Creditor   Bayview Loan Servicing, LLC
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
           p.com
          Richard James Tracy, III   on behalf of Creditor   Bayview Loan Servicing, LLC
           rtracy@hillwallack.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Seymour  Wasserstrum   on behalf of Joint Debtor Katrina  Warren mylawyer7@aol.com,
           ecf@seymourlaw.net;r47769@notify.bestcase.com
          Seymour  Wasserstrum   on behalf of Debtor William  Warren mylawyer7@aol.com,
           ecf@seymourlaw.net;r47769@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 9