<table>
<tr><td colspan="3"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **William Warren** | Social Security number or ITIN   xxx–xx–2761 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | **Katrina Warren** | Social Security number or ITIN   xxx–xx–1477 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | **17–17053–ABA** | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Warren                                            Katrina Warren

7/13/22                                            **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                           United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 17-17053-ABA

William Warren                                                  Chapter 13

Katrina Warren

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 13, 2022 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Warren, Katrina Warren, 40 Dennisville Petersburg Rd, Woodbine, NJ 08270-3100 |
| aty | + | Kenneth D. Mackler, 1030 Atlantic Avenue, Atlantic City, NJ 08401-7427 |
| 516753759 | + | Amanda Cedeno, 107 Vermont Ave, Egg Harbor Township, NJ 08234-7209 |
| 516753760 | | Ars, P.O. Box 469046, Escondido, CA 92046-9046 |
| 516753763 | + | Atlantic County Probabtion, PO Box 5129, Atlantic City, NJ 08404-5129 |
| 516773842 | + | Cape Regional Medical Center, and Shore Memorial Center, Collections and Recoveries, PO Box 35, Northfield, NJ 08225-0035 |
| 516753772 | + | Collection And Recoveries, 201 Tilton Rd, Northfield, NJ 08225-1247 |
| 516753788 | + | Selip & Stylianou LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 516753789 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516753758 | + | EDI: GMACFS.COM | Jul 14 2022 00:43:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 516753761 | | Email/Text: legal@arsnational.com | Jul 13 2022 20:50:00 | Ars National Services Inc, P.O. Box 469100, Escondido, CA 92046-9100 |
| 516753762 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 13 2022 20:50:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516753764 | + | EDI: LCIBAYLN | Jul 14 2022 00:43:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, Miami, FL 33146-1839 |
| 516996694 | + | EDI: LCIBAYLN | Jul 14 2022 00:43:00 | Bayview Loan Servicing, LLC, c/o Schiller Knapp Lefkowitz Hertzel, LL., 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1839 |
| 516753766 | | EDI: CAPITALONE.COM | Jul 14 2022 00:43:00 | Capital One Bank Usa, 15000 Capital One Dr, Henrico, VA 23238 |
| 516753768 | + | EDI: CITICORP.COM | Jul 14 2022 00:43:00 | CBNA, PO Box 6189, Sioux Falls, SD 57117-6189 |

District/off: 0312-1
Date Rcvd: Jul 13, 2022

User: admin
Form ID: 3180W

Page 2 of 4
Total Noticed: 51

| | | | |
|---|---|---|---|
| 516753769 | + EDI: CITICORP.COM | | |
| | | Jul 14 2022 00:43:00 | CBNA/best buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 516753770 | + EDI: CITICORP.COM | | |
| | | Jul 14 2022 00:43:00 | CITI, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516880549 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 13 2022 20:53:57 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516753765 | + EDI: CAPITALONE.COM | | |
| | | Jul 14 2022 00:43:00 | Capital One, PO Box 30281, Salt Lake, UT 84130-0281 |
| 516753773 | + EDI: WFNNB.COM | | |
| | | Jul 14 2022 00:43:00 | Comenity Capital Bank/ Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 516753774 | + EDI: WFNNB.COM | | |
| | | Jul 14 2022 00:43:00 | Comenity Capital/gmstop, PO Box 182120, Columbus, OH 43218-2120 |
| 516753776 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 13 2022 20:53:51 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 516753779 | + EDI: IRS.COM | | |
| | | Jul 14 2022 00:43:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 516896168 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 13 2022 20:54:00 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516908243 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 13 2022 20:54:00 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516753781 | + EDI: RMSC.COM | | |
| | | Jul 14 2022 00:43:00 | Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 516960235 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jul 13 2022 20:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516753782 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 13 2022 20:53:48 | Merrick Bank, PO BOx 9201, Old Bethpage, NY 11804-9001 |
| 516753783 | + EDI: PINNACLE.COM | | |
| | | Jul 14 2022 00:43:00 | Northland Group Inc, PO Box 390846, Minnapolis, MN 55439-0846 |
| 516753784 | ^ MEBN | | |
| | | Jul 13 2022 20:45:14 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 516991519 | EDI: PRA.COM | | |
| | | Jul 14 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516995207 | EDI: PRA.COM | | |
| | | Jul 14 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516995261 | EDI: PRA.COM | | |
| | | Jul 14 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516879940 | EDI: Q3G.COM | | |
| | | Jul 14 2022 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516780777 | EDI: Q3G.COM | | |
| | | Jul 14 2022 00:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516753785 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Jul 13 2022 20:50:00 | Santander Consumer USA, 8585 N Stemmons Fwy Ste 1100-N, Dallas, TX 75247-3822 |
| 516897567 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Jul 13 2022 20:50:00 | Santander Consumer USA Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 516897163 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Jul 13 2022 20:50:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 516753787 | + EDI: CITICORP.COM | | |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Jul 13, 2022 | Form ID: 3180W | Total Noticed: 51

| | | | Jul 14 2022 00:43:00 | Sears, PO box 6286, Sioux Falls, SD 57117-6286 |
|---|---|---|---|---|
| 516753790 | + | EDI: RMSC.COM | Jul 14 2022 00:43:00 | Syncb/Toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 516989229 | + | EDI: RMSC.COM | Jul 14 2022 00:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516755250 | + | EDI: RMSC.COM | Jul 14 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516753791 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 13 2022 20:50:00 | Toyota Financial Services, 4 Gatehall Drive - Suite 350, Parsippany, NJ 7054 |
| 516829813 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 13 2022 20:50:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517167940 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 20:54:13 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517967607 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 20:53:59 | Toyota Motor Credit Corporation, Elizabeth L Agolla, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 516876221 | + | EDI: AIS.COM | Jul 14 2022 00:43:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516753792 | + | EDI: VERIZONCOMB.COM | Jul 14 2022 00:43:00 | Verizon Wireless, PO Box 49, Lakeland, FL 33802-0049 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516753767 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa, 15000 Capital One Dr, Henrico, VA 23238 |
| 516753771 | *+ | CITI, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516753775 | *+ | Comenity Capital/gmstop, PO Box 182120, Columbus, OH 43218-2120 |
| 516753778 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 516753777 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 516753780 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517966540 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516753786 | ##+ | Schiller, Knapp, Lefkowitz & Hertzel LLP, 950 New Loudon Rd, Suite 109, Latham, NY 12110-2190 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022         Signature:        /s/Gustava Winters

| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 13, 2022 | Form ID: 3180W | Total Noticed: 51 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Bayview Loan Servicing  LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Michael Blaine | on behalf of Creditor Bayview Loan Servicing  LLC mikeblaine@gmail.com, mblaine@winston.com;mpolster@winston.com |
| Richard Gerbino | on behalf of Creditor Bayview Loan Servicing  LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor Bayview Loan Servicing  LLC richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Katrina Warren mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor William Warren mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10