Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−17053−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Warren<br>40 Dennisville Petersburg Rd<br>Woodbine, NJ 08270 | Katrina Warren<br>40 Dennisville Petersburg Rd<br>Woodbine, NJ 08270 |

Social Security No.:
  xxx−xx−2761                              xxx−xx−1477

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: August 8, 2022            Andrew B. Altenburg Jr.
                                 Judge, United States Bankruptcy Court